

FILED
JUN 1 2 2015
Clerk, U.S. District Court
District Of Montana
Billings

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| KELLY SUPPLY, LLC, a Montana limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ECONOMY POLYMERS AND CHEMICALS, a division of ECONOMY MUD PRODUCTS COMPANY, a Texas corporation, SIDNEY INVESTMENTS, INC., a Delaware corporation, and TRAVIS CLARK, a Montana resident,<br><br>Defendants. | Case No. 1:14-cv-00003-SPW<br><br>**ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(ii)** |

Upon stipulation of the Plaintiff, Kelly Supply, LLC, and Defendants, Economy Polymers and Chemicals, a division of Economy Mud Products Company, Sidney Investments, Inc. and Travis Clark, and good cause appearing therefor,

IT IS HEREBY ORDERED that the above matter be dismissed with prejudice and, specifically, that all claims and counterclaims by and amongst the Plaintiff and Defendants are dismissed with prejudice, each party to bear its own costs, expenses and attorneys' fees incurred herein.

DATED this 12th day of June, 2015.

Susan P. Watters
SUSAN P. WATTERS
UNITED STATES DISTRICT COURT JUDGE